■ RUTH MONTONDO, Respondent, et al., Plaintiffs, v. BARBARA J. PETTY, Appellant.— Order unanimously reversed, without costs of this appeal to any party, and motion denied, without costs, without prejudice to reapply upon appropriate papers. Memorandum: The papers submitted in support of the motion to serve an amended bill of particulars were inadequate in that there was no affidavit by a person with knowledge of the facts. Even though respondent failed to file any affidavits in opposition to the motion, in view of the appearance and oral argument by her counsel in opposition on the return day, the court was required to examine plaintiff's moving papers and, if legally insufficient, to deny the motion. (Appeal from order of Erie Special Term granting motion of plaintiff Ruth Montondo, to file an amended bill of particulars.) Present — Williams, P. J., Bastow, Goldman, Noonan and Del Vecchio, JJ.

■ In the Matter of GERALD KLEE, an Infant, by WALTER KLEE, His Natural Guardian and Parent, Respondent, v. BOARD OF COOPERATIVE EDUCATIONAL SERVICES, Appellant.— Order unanimously reversed, without costs of this appeal to any party, and motion denied, without costs, without prejudice to reapply upon appropriate papers. Memorandum: The moving papers are inadequate in that they do not show the precise mental condition or the mental age of the infant and the effect, if any, of these or the infancy itself on the failure to timely file the notice of claim. (Appeal from an order of Erie Special Term granting petitioner's application for leave to serve a notice of claim under section 50-e of General Municipal Law.) Present — Williams, P. J., Bastow, Goldman, Noonan and Del Vecchio, JJ.

■ PATRICK DI GENNARO et al., Respondents, v. MONROE COUNTY WATER AUTHORITY, Defendant, and LIBERTY MUTUAL INSURANCE COMPANY, Appellant. — Order unanimously affirmed, with costs. Memorandum: It appears on the face of the complaint that the second cause of action states facts sufficient to constitute a cause of action against the defendant, Liberty Mutual Insurance Company. We pass upon no other question. (Appeal from order of Monroe Special Term denying motion of defendant Liberty Mutual Insurance Company to dismiss the complaint.) Present — Williams, P. J., Bastow, Goldman, Noonan and Del Vecchio, JJ.

■ MARSHALL M. YETTER et al., Respondents, v. DOROTHY OLSEN, Appellant.— Order insofar as appealed from unanimously reversed, without costs of this appeal to either party, and motion granted, without costs. Memorandum: In the proper exercise of discretion, the motion should have been granted. (Appeal from part of an order of Monroe Special Term denying defendant's motion for change of venue.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.